IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RAYMOND CHESTNUT, | * |
| Petitioner, | * |
| v. | Case No.   7:22-CV-64(HL) |
| | * |
| FEDERAL BUREAU OF PRISONS, et al., | |
| | * |
| Respondents. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated October 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of October, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk